UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES M. COPAS, *et al.*,          )
          Plaintiffs,              )
                                   )          No. 1:24-cv-555
v.                                 )
                                   )          Honorable Paul L. Maloney
KELLY SACKETT, *et al.*,           )
          Defendants.              )
                                   )

## JUDGMENT

In accordance with the order entered on this date, and pursuant to Fed. R. Civ. P. 58,

**JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED**.

**IT IS SO ORDERED.**

Date:  February 23, 2026                    /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge